AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOSEPH TRIBBLE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
  V.

                            CASE NUMBER:  **3:08-CV-00216-ECR-VPC**

JIM GIBBONS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions (#28) for judgment on the pleadings is **GRANTED**. Defendants' Motion to Dismiss (#30) is **GRANTED**. Plaintiff's Motion (#41) is **DENIED**.


  December 9, 2009                                         **LANCE S. WILSON**
                                                                             Clerk


                                                                                      D. R. Morgan
                                                                                 Deputy Clerk